# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDRE' THOMAS

NO. 2021 KW 1265

**DECEMBER 30, 2021**

---

In Re:     Andre' Thomas, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 04-18-0599.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
acted on relator's application for postconviction relief on
September 24, 2021.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT